THEODORE PARNELL, an Infant, by MATTHEW PARNELL, His Guardian ad Litem, Respondent, *v.* HOLLAND FURNACE COMPANY et al., Appellants.

MATTHEW PARNELL, Respondent, *v.* HOLLAND FURNACE COMPANY et al., Appellants.

(Submitted January 16, 1933; decided January 24, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 604.)